IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

TYREEK J. BRAXTON,

        Plaintiff,

v.                               CIVIL ACTION NO. 7:22cv212

RANDALL CLEVINGER,

        Defendant.

## ANSWER

Defendant Randall Clevinger, through counsel, submits the following Answer to Plaintiff's Complaint (ECF #1).

Plaintiff Tyreek J. Braxton, #1486007, an offender housed by the Virginia Department of Corrections ("VDOC") at Red Onion State Prison ("ROSP"), filed this action under 42 U.S.C. § 1983 alleging a violation of his constitutional rights. The Defendant interprets Plaintiff's Complaint (ECF #1) to allege the following claim:

Claim 1:     Plaintiff's Eighth Amendment right against cruel and unusual punishment was violated by the use of excessive physical force in relation to the use of a canine.

## FIRST DEFENSE

The Defendant denies that the present action is cognizable under 42 U.S.C. § 1983 and 28 U.S.C. § 1343.

## SECOND DEFENSE

The Defendant denies that the Plaintiff has been denied any rights protected by the United States Constitution.

THIRD DEFENSE

This Complaint fails to state a claim upon which relief can be granted.

FOURTH DEFENSE

The Defendant denies that the Plaintiff has suffered any cognizable injuries or damages as a result of any act or acts on the part of this Defendant.

FIFTH DEFENSE

The Defendant alleges and avers that, to the extent that the Plaintiff has suffered any injuries or damages, such injuries or damages were due to an act or acts by the Plaintiff, or on the part of others not under the control of the Defendant, and for whose conduct he is in no way responsible.

SIXTH DEFENSE

The Defendant denies that the Plaintiff has suffered the injuries and damages alleged and calls for strict proof thereof.

SEVENTH DEFENSE

The Defendant denies that he is indebted to or liable to the Plaintiff in any sum whatsoever.

EIGHTH DEFENSE

The Defendant is immune from suit on this claim based upon the 11th Amendment and the discharge of his official duties.

NINTH DEFENSE

The Defendant is entitled to good faith or qualified immunity.

TENTH DEFENSE

To the extent that this claim alleges negligence on the part of the Defendant, the claim is barred in this Court by the Eleventh Amendment

### ELEVENTH DEFENSE

Plaintiff has failed to establish a physical injury that would entitle him to damages pursuant to 42 U.S.C. § 1997e(e).

### TWELFTH DEFENSE

Any injunctive relief imposed must be narrowly drawn, extend no further than necessary to correct an actual violation of a federal right, and must be the least intrusive means necessary to correct that specific harm pursuant to 18 U.S.C. § 3626.

### THIRTEENTH DEFENSE

Plaintiff has failed to allege sufficient intentional conduct on the part of the Defendant to support a § 1983 claim.

### FOURTEENTH DEFENSE

As to the specific factual allegations set forth in the Complaint, the Defendant states as follows:

1. Plaintiff is an inmate housed by the VDOC at ROSP.

2. Defendant Clevinger is a canine handler at ROSP.

3. On March 26, 2021, at approximately 3:48 P.M., Plaintiff became involved in a physical altercation with another inmate. An audible warning was given to the inmates to stop fighting, but the inmates did not comply. An OC round and direct impact rounds were also used to try and break up the fight.

4. Defendant Clevinger and his canine entered the pod and, ultimately, the canine engaged on Plaintiff.

5. The Defendant denies failing to warn Plaintiff prior to the use of his canine. The Defendant denies using excessive and/or unnecessary force against Plaintiff in violation of his Eighth Amendment rights.

6. The Defendant further denies each and every allegation not expressly admitted herein.

The Defendant will rely on any and all other properly available defenses to the Complaint which may arise from the Plaintiff's prosecution of this action and reserves his right to amend his Answer if at any time he should be so advised.

Respectfully submitted,

RANDALL CLEVINGER

By _____/s/Anne M. Morris_____
Anne M. Morris, AAG, VSB #93685
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-3847
(804) 786-4239 (Fax)
E-mail: amorris@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2022, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: N/A

And I hereby certify that I have mailed the document by U.S. mail to the following non-filing user:

VADOC Centralized Mail Distribution Center
Tyreek J. Braxton, #1486007
3521 Woods Way
State Farm, Virginia 23160

                                                    /s/Anne M. Morris
                                   Anne M. Morris, AAG, VSB #93685