IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Roanoke Division**

TYREEK J. BRAXTON,

        Plaintiff,

v.                         CIVIL ACTION NO. 7:22cv212

RANDALL CLEVINGER,

        Defendant.

## DEFENDANT'S RESPONSE TO COURT ORDER REGARDING MOTION FOR SUMMARY JUDGMENT (ECF #13):

Defendant Randall Clevinger, through counsel, submits the following response to this Court's order of July 18, 2022 (ECF #13):

1. Plaintiff Tyreek J. Braxton, #1486007, filed a Complaint pursuant to 42 U.S.C. § 1983 against Defendant Clevinger, a canine handler at Red Onion State Prison, alleging that the Defendant violated his Eighth Amendment constitutional rights.

2. After waiving service (ECF #9), the Defendant filed an Answer to the Complaint. (ECF #12).

3. On July 18, 2022, pursuant to Standing Order No. 2020-16, this Court directed the Defendant to file any motion for summary judgment, supported by affidavits, within 60 days or a notice that the Defendant is electing not to file a motion for summary judgment. (ECF #13).

4. Defendant denies violating the Plaintiff's Eighth Amendment rights as alleged in the *pro se* Complaint. Nevertheless, having assessed Plaintiff's allegations, the relevant case law, and potential evidence, the Defendant submits that the matter presents disputed questions of fact

and determinations of credibility, issues ill-suited for resolution by way of a motion for summary judgment.

5.      Defendant does not wish to submit a motion for summary judgment that would be futile or frivolous.  Accordingly, Defendant requests that this matter be scheduled for trial at the Court's convenience.

>                               Respectfully submitted,
>
>                               RANDALL CLEVINGER
>
>                               By _____/s/Anne M. Morris_____
>                               Anne M. Morris, AAG, VSB #93685
>                               Office of the Attorney General
>                               Criminal Justice & Public Safety Division
>                               202 North 9th Street
>                               Richmond, Virginia 23219
>                               (804) 786-3847
>                               (804) 786-4239 (Fax)
>                               E-mail:  amorris@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:  N/A

And I hereby certify that I have mailed the document by U.S. mail to the following:

VADOC Centralized Mail Distribution Center
Tyreek J. Braxton, #1486007
3521 Woods Way
State Farm, Virginia 23160

>                               _____/s/Anne M. Morris_____
>                               Anne M. Morris, AAG, VSB #93685