# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TYREEK J. BRAXTON,** ) | |
| Plaintiff, ) | Case No. 7:22-cv-00212 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| **RANDALL CLEVINGER,** ) | Chief United States District Judge |
| Defendant. ) | |

## ORDER

Tyreek J. Braxton, a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983 against Randall Clevinger, a canine handler at Red Onion State Prison, alleging that the defendant violated his rights under the Eighth Amendment. Clevinger filed an answer to the complaint on July 14, 2022. On September 13, 2022, Clevinger advised the court that he would not be filing a motion for summary judgment based on his determination that "the matter presents disputed questions of fact." ECF No. 14.

Having reviewed the record, the court finds it appropriate to set the case for trial. Accordingly, and in light of Braxton's jury demand, ECF No. 1, the Clerk is **DIRECTED** to set this matter for a jury trial in the Abingdon or Big Stone Gap division of this court. After a trial date has been selected, the court will enter a separate order setting forth pretrial deadlines.

The Clerk shall send a copy of this order to the parties.

It is so **ORDERED**.

Entered: September 14, 2022

*[Signature]*
Digitally signed by
Michael F. Urbanski
Chief U.S. District Judge
Date: 2022.09.14 09:08:13
-04'00'

Michael F. Urbanski
Chief United States District Judge