IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Roanoke Division**

TYREEK J. BRAXTON,

        Plaintiff,

v.                                CIVIL ACTION NO.  7:22cv212

RANDALL CLEVINGER,

        Defendant.

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(c) and with the agreement of the parties through counsel, Defendant Clevinger hereby moves for entry of the attached "Stipulation & Protective Order Governing Discovery & Production of Confidential Information." As the proposed order shows, counsel for both parties stipulated their consent.

                                            Respectfully submitted,

                                            RANDALL CLEVINGER

                                            By _____/s/Anne M. Morris_____
                                            Anne M. Morris, AAG, VSB #93685
                                            Office of the Attorney General
                                            Criminal Justice & Public Safety Division
                                            202 North 9th Street
                                            Richmond, Virginia 23219
                                            (804) 786-3847
                                            (804) 786-4239 (Fax)
                                            E-mail:  amorris@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Alexis I. Tahinci, Tahinci Law Firm PLLC *(Counsel for Plaintiff)*.

.

/s/Anne M. Morris
Anne M. Morris, AAG, VSB #93685