# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

### Roanoke Division

TYREEK J. BRAXTON,

    Plaintiff,

v.             CIVIL ACTION NO.  7:22cv212

RANDALL CLEVINGER,

    Defendant.

## STIPULATION OF DISMISSAL

  The parties having reached an agreement, hereby move for the dismissal of this matter with prejudice.  The parties agree that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms of the parties' final Settlement Agreement.


Date:   June 5, 2023


By _____/s/Anne M. Morris_____
Anne M. Morris, AAG, VSB #93685
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-3847
(804) 786-4239 (Fax)
E-mail:  amorris@oag.state.va.us
*(Counsel for Defendant Randall Clevinger)*

By:      s/ *Alexis I. Tahinci*
Alexis I. Tahinci, VSB No. 85996
Tahinci Law Firm PLLC
105 Ford Ave, Suite 3
Kingsport, TN 37663
Ph: (423) 406-1151
F: (423) 815-1728
E: alexis@tahincilaw.com
*(Counsel for Plaintiff Tyreek Braxton)*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:  Alexis I. Tahinci, Tahinci Law Firm PLLC *(Counsel for Plaintiff)*.

.

/s/Anne M. Morris
Anne M. Morris, AAG, VSB #93685

2