# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TYREEK J. BRAXTON,** )  | |
|    Plaintiff, ) | Civil Action No. 7:22-cv-00212 |
| ) | |
| **v.** ) | |
| ) | By: Michael F. Urbanski |
| **RANDALL CLEVINGER,** ) | Chief United States District Judge |
|    Defendant. ) | |

## DISMISSAL ORDER

The parties in this civil action have filed a stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 28. In accordance with the stipulation, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket. By agreement of the parties, the court shall retain jurisdiction to the extent necessary to enforce the terms of the parties' final settlement agreement.

The Clerk is directed to send a copy of this order to the parties.

It is so **ORDERED**.

Entered: June 6, 2023

Michael F. Urbanski
Chief United States District Judge